# Third District Court of Appeal

## State of Florida

Opinion filed January 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1947
Lower Tribunal No. 2021-10559
_____

**Hui Liu,**
Appellant,

vs.

**Department of Health,**
Appellee.

An Appeal from the State of Florida Department of Health, Board of Massage Therapy.

Hui Liu, in proper person.

Sarah Young Hodges, Chief Appellate Counsel (Tallahassee), for appellee.

Before FERNANDEZ, SCALES and HENDON, JJ.

PER CURIAM.

Hui Liu appeals the final order of the Florida Department of Health revoking her massage therapist license. Liu does not challenge the order on appeal, nor does she identify any possible error in the proceedings below. We are unable to independently discern any error because no record on appeal has been filed and no transcript of proceedings have been filed. We therefore affirm. See Williams v. Jessica L. Kerr, P.A., 271 So. 3d 82 (Fla. 3d DCA 2019).

Affirmed.